

William J. Smith (WJS-9137)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION — 21 MC 102 (AKH)

GLORIA ALVAREZ (AND HUSBAND, HENRY SANDOYA)

V.

160 WATER ST., INC., ET. AL.,

**NOTICE OF ADOPTION**

CASE NUMBER: (AKH) 07 CV 11017

PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a WFP Tower A Co. L.P., Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A Co. GP Corp., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., WFP Tower D Co. L.P., and WFP Tower D Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
May 6 2008

Faust, Goetz, Schenker & Blee, LLP

By: William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, NY 10006
(212) 363-6900