STRONGIN ROTHMAN & ABRAMS, LLP
5 Hanover Square, Fourth Floor
New York, NY 10004
(212) 931-8300
Attorneys for Defendants
**NOMURA HOLDING AMERICA INC. and**
**NOMURA SECURITIES INTERNATIONAL, INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE LOWER MANHATTAN DIASTER SITE
LITIGATION (21 MC 102)                                                  **Case No.: 21 MC 102 (AKH)**
-----------------------------------------------------------------x
GLORIA ALVAREZ and husband, HENRY
SANDOYA,                                                                   **NOTICE OF ADOPTION OF**
                                                                                   **ANSWER TO MASTER**
                                                                                   **COMPLAINT**
                                        Plaintiffs,

-against-                                                                    **Docket No.:  07 CV 11017**

NOMURA HOLDING AMERICA INC. and                     **ELECTRONICALLY FILED**
NOMURA SECURITIES INTERNATIONAL, INC.,
ET AL,
(See Defendants' List)
                                        Defendants,
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE THAT Defendants NOMURA HOLDING AMERICA INC.

and NOMURA SECURITIES INTERNATIONAL, INC. (collectively referred to herein as

"Nomura Parties"), as and for their responses to the allegations set forth in the

Complaint by Adoption (Check Off Complaint) related to the Master Complaint filed

herein and applicable to the above captioned matter hereby adopts all of the responses

and all of the affirmative defenses contained in the Answer to the Master Complaint

dated, filed and served July 31, 2007, *In Re World Trade Center Lower Manhattan*

*Disaster Site Litigation* 21MC102 (AKH).  The responses to all of the allegations in the

Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein.

PLEASE TAKE FURTHER NOTICE that Defendant, NOMURA PARTIES, reserves the right to serve and file an amended answer and specifically reserves the right to interpose a cross-claim against any and all co-defendants.

PLEASE TAKE FURTHER NOTICE that Defendant, NOMURA PARTIES, also adopts all affirmative defenses and the jury demand herein.

WHEREFORE, Defendant, NOMURA PARTIES, demands judgment dismissing the above captioned action against it along with the costs and disbursements of this action.

Dated:      New York, New York
            May 28, 2008

                                    Yours, etc.

                                    STRONGIN ROTHMAN & ABRAMS, LLP

                                    s/Jill S. Taylor
                                    _____
                                    JILL S. TAYLOR, ESQ. (JT-4731)
                                    Attorneys for Defendants
                                    NOMURA HOLDING AMERICA INC. and
                                    NOMURA SECURITIES INTERNATIONAL,
                                    INC.
                                    5 Hanover Square, Fourth Floor
                                    New York, NY 10004
                                    (212) 931-8300