UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
-----------------------------------------------------------------X

GLORIA ALVAREZ AND HENRY SANDOYA,      :   07-CV-11017-AKH

                              Plaintiffs,   :

                                              **APPEARANCE**
       - against -                         :
                                              **ELECTRONICALLY FILED**
160 WATER ST. INC., *et al.*,              :

                              Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       June 26, 2008

                            By:      /s/ Judith R. Cohen
                                     _____
                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501

                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.

DOCSNY-313799